partment. April 19, 1916.) Plaintiff's exceptions sustained and motion for new trial granted, with costs to plaintiff to abide event. Held, that the plaintiff made out a case for the jury. All concur.

Susanna SCHLEICH, as Admx., v. Paul SCHLEICH. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Order filed.

Susanna SCHLEICH, as Admx., etc., Respt., v. Paul SCHLEICH, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Cela SCHLESINGER, respondent, v. YONKERS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

Henry J. SCHNITZER, Applt., v. John NEMETH, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Richard SCHOENEWERG, respondent, v. Henry JOHNSTON, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Louise M. SCHONFELD, Respt., v. McMULLEN, SNARE & TRIEST, Inc., Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment reversed, with costs, and complaint dismissed, with costs. No opinion. Order filed.

SCHOPFER REALTY CO., respt., v. Albert GAFFEY, applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Appeal dismissed without costs upon stipulation filed.

In the Matter of the application of Lemuel S. SCHRENKEISEN and others, as Sewer Commissioners, etc., in the Town of Harrison, County of Westchester, etc. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Order confirming report of commissioners, granted June 10, 1915, modified by striking therefrom the allowance, costs, and disbursements made to James T. Magan, attorney for James E. Murtha, whose claim was rejected, and, as so modified, it and the order granted June 10, 1915, denying appellants' motion for a further and supplemental report, and the order granted July 7, 1915, denying appellants' motion to resettle the order confirming the report of the commissioners, are severally affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Joseph SCHUESSLER, Respt., v. Katharine F. LINDEMANN, indiv. and as excx., etc., et al., impleaded, etc., Applts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

William SCHULTZ, respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed unless appellant file and serve brief within 10 days and pay to respondent's attorney $10.

William SCHULTZ, respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment affirmed with costs. All concur.

William SCHULTZ, respt., v. INTERNATIONAL RY. CO., Applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for reargument denied with $10 costs. Motion for leave to appeal to Court of Appeals denied.

Henry E. SCHWAB, appellant, v. Nellie J. SCHWAB, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied on condition that within 30 days the appellant pay the defendant the sum of $500, to be deducted from any moneys that may be adjudged her on the appeals, perfect the appeals, place the same on the September calendar, and be ready for argument when reached; in case he shall not pay such sum, the motion is granted, with $10 costs.

Louis SCHWARTZ v. James D. ROGERS et al. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion denied, with $10 costs. Order filed.

Louis SCHWARTZ v. James D. ROGERS et al. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Rose SECKLER, plaintiff, v. Charles H. GREENFIELD, impleaded, etc., respondent, and Charles McMahon Smith, appellant. (Supreme Court. Appellate Division, Second Department. May 19, 1916.) Stay granted as to one-half of the amount.

Catherine SECOR, respondent, v. NEW JERSEY & NEW YORK RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Agnes SENEY, as admx., etc., respt., v. NEW YORK STATE RAILWAYS, applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Judgment and order affirmed with costs. All concur; De Angelis, J., not sitting. See, also, 154 N. Y. Supp. 691.